AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

ESTORCOARCIO BERNARD

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:06-M-20M

I, ESTORCOARCIO BERNARD, charged in a (complaint) (petition) pending in this District with ______ in violation of Title 21, U.S.C., 841(a)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

2/13/06
Date

[signature]
Counsel for Defendant