UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS.: CASE NO.: 1:06-M-20M

ESTOREDARCIO BERNARD

**WITHDRAWAL OF COUNSEL**

Now comes Attorney Gerrick Van Deusen and hereby gives notice that he has withdrawn as counsel for the Defendant, Estoredarcio Bernard, in the above-captioned matter. This notice is being tendered on the grounds that the Defendant has obtained another attorney, Joseph Voccola, who has already entered his appearance.

By,

Gerrick Van Deusen, #2622
376 Broadway
Providence, RI 02909
(401) 521-8400

CERTIFICATION

I, the undersigned, hereby certify that I forwarded a true copy of the within document to Asst. U.S. Atty. Mary Rodgers, US Department of Justice, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903-2393; and to Attorney Joseph Voccola, 454 Broadway, Providence, RI 02909, by regular mail, postage prepaid.

GVD/klw