AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ESTROREDARCIO BERNARD

**APPEARANCE**

Case Number: 1:2006-MJ-00020-DLM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ESTROREDARCIO BERNARD

I certify that I am admitted to practice in this court.

4/28/2006
Date

Signature

JOHN F. CICILLINE, ESQUIRE
Print Name

0433
Bar Number

381 ATWELLS AVENUE
Address

CRANSTON
City

RHODE ISLAND
State

02909
Zip Code

(401) 273-5600
Phone Number

(401) 454-5600
Fax Number